UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING
ENGINEERS' LOCAL 324
PENSION FUND, *et al.*,

    Plaintiffs,

v.

G & W CONSTRUCTON COMPANY,
*et al.*,

    Defendants.
_____/

Case No. 11-10494
Honorable Victoria A. Roberts

## **ORDER GRANTING PLAINTIFFS' MOTION TO REVISE AMENDED CONSENT JUDGMENT TO INCLUDE THE MANDATES OF 29 U.S.C. § 1132(g)(2) [Doc. 52]**

On October 3, 2017, the Court entered an amended consent judgment against Defendant G & W Construction Company in the amount of $210,437.75. [Doc. 51]. The amended consent judgment allows Plaintiffs to move to revise the judgment to include the mandates of 29 U.S.C. § 1132(g)(2).

Pursuant to that right, Plaintiffs now move to revise the amended consent judgment to include such mandates under § 1132(g)(2). [Doc. 52]. Plaintiffs' counsel says he conferred with Defendant's counsel regarding the motion, and defense counsel stated that Defendant takes no position. Further, the time for response has passed, and Defendant has not filed a response or opposition to Plaintiffs' motion.

The Court is satisfied that Plaintiffs have adequately supported their motion, and that they are entitled to an amended judgment to include the mandates under 29 U.S.C. § 1132(g)(2).

Accordingly, Plaintiffs' motion to revise [Doc. 52] is **GRANTED**. The Court **REVISES** the amended consent judgment against G & W Construction Company to include the mandates of 29 U.S.C. § 1132(g)(2), as set forth in Plaintiffs' motion.

An amended judgment against G & W Construction Company in the amount of $764,328.16 will follow.

The Court retains jurisdiction of this matter pending compliance with the Court's orders.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: December 5, 2017